## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**EMMETT GRAHAM, JR.,**

    **Plaintiff,**

**v.**                                            **Civil Action No. 2:05cv89**

**JOHN ASHCROFT, et. al.,**

    **Defendants.**

### ORDER

On June 11, 2007, Plaintiff filed a Notice of Appeal from the Court's May 24, 2007 Order dismissing the above-styled civil action. Also on June 11, 2007, Plaintiff filed an Affidavit Accompanying Motion For Permission To Appeal In Forma Pauperis (*See* Docket No. 38). The Court will interpret Plaintiff's Affidavit as being a Motion For Leave to Appeal In Forma Pauperis. Having considered the Plaintiff's Affidavit, it is

**ORDERED** that, pursuant to Rule 24 of the Federal Rules of Appellate Procedure, the Plaintiff's Motion for Leave to Appeal In Forma Pauperis shall be, and the same hereby is, **GRANTED**.

**ENTER**: August  7th , 2007

                                                                **/s/ Robert E. Maxwell**

                                                                 United States District Judge